UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re MASONITE CORPORATION, et al.

Case No.: 09-10844
Reporting Period: January 4, 2010 - April 4, 2010

POST-CONFIRMATION QUARTERLY SUMMARY REPORT
file with the court and submit a copy to United States Trustee within 20 days after end of quarter

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliations (or copies of debtor's bank reconciliations) | | | |
| Schedule of Professional Fees Paid | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Schedule of Disbursements by Legal Entity | MOR-2 | X | |
| Statement of Operations | | | |
| Balance Sheet | MOR-3 | X | |
| Status of Post petition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post petition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Authorized Individual*

Date: 4/19/2010

Printed Name of Authorized Individual: Frederich J Lynch

Title of Authorized Individual: President & CEO

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

# CONTENTS

Notes to Post-Confirmation Quarterly Summary Report

I. Schedule of Cash Receipts and Disbursements
II. Disbursement Summary by Legal Entity
III. Balance Sheet

# NOTES TO THE POST-CONFIRMATION QUARTERLY SUMMARY REPORT

## 1. Background and Basis of Presentation:

On March 16, 2009 (the "Petition Date"), Masonite Corporation and certain of its U.S. and Canadian subsidiaries (collectively, the "Debtor Entities") filed a voluntary petition under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court") commencing these Cases. Simultaneously with the filing of the Chapter 11 Cases, three of the Masonite Debtors (Masonite International Inc., Masonite Holding Corporation and Masonite International Corporation) and four of Masonite International Inc.'s wholly-owned, direct and indirect Canadian subsidiaries (collectively, the "CCAA Applicants") sought relief under the Companies' Creditors Arrangement Act in the Ontario Superior Court of Justice (the "Canadian Court") in Toronto, Ontario, Canada.

On May 29, 2009, the United States Bankruptcy Court for the District of Delaware entered the "Order Confirming the Joint Plan of Reorganization of Masonite Corporation, et al. Pursuant to Chapter 11 of the Bankruptcy Code (the "Confirmation Order"). Among other things, the Confirmation Order confirmed the Joint Plan of Reorganization of Masonite Corporation et al. Pursuant to Chapter 11 of the Bankruptcy Code, dated May 27, 2009 (as amended, supplemented, or modified from time to time, the "Plan") as satisfying the requirements of the Bankruptcy Code and authorized the Masonite Debtors to implement the Plan on the Effective Date.

On June 1, 2009, the Canadian Court recognized the Confirmation Order and declared it to be effective and to be implemented in Canada in accordance with its terms.

On June 9, 2009, the Effective Date, the Plan was implemented.

The unaudited balance sheet included herein include the accounts and results of operations of the U.S. and Canadian Debtor Entities. The information contained in this Post-Confirmation Quarterly Summary Report is provided to fulfill reporting requirements set forth by the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment.

## 2. Intercompany Transactions:
Receivables and Payables between Debtor entities have not been eliminated.
Receivables and Payables between Debtor entities and non Debtors entities have not been eliminated.

## 3. Debtor Entity balance sheets:
As a result of the implementation of the Plan, Masonite Holding Corporation and Masonite International Inc. were merged with Masonite International Corporation. As a result the balance sheets of these two debtor entities have been eliminated and have not been presented in this Post Confirmation Quarterly Summary Report.

As of 12/31/2009 WMW Inc. and Woodlands Millwork I Ltd. were merged into Masonite Corporation, consequently the balance sheets for these entities have not been presented.

# NOTES TO THE POST-CONFIRMATION QUARTERLY SUMMARY REPORT

## 4. Closure of cases:

Effective November 19, 2009, the following cases were closed and therefore information relative the the Debtors below has not been included in this report.

| Legal Entity | Case Number |
| --- | --- |
| Premdor Finance LLC | 09-10845 |
| Eger Properties [1] | 09-10846 |
| WMW, Inc [1] | 09-10847 |
| Woodland Millwork I, Ltd [1] | 09-10848 |
| Masonite Primeboard Inc | 09-10849 |
| Masonite Corporation Foreign Holdings Ltd [1] | 09-10850 |
| Masonite Holding Company Limited [1] | 09-10851 |
| Florida Made Door Co [2] | 09-10852 |
| Cutting Edge Tooling, Inc [1] | 09-10853 |
| Pintu Acquisition Company Inc [1] | 09-10854 |
| Masonite Air LLC [1] | 09-10855 |
| Door Installation Specialist Corporation [1] | 09-10856 |
| Masonite International Corporation | 09-10857 |
| Masonite Holding Corporation [1,3] | 09-10858 |
| Masonite International Inc [1,3] | 09-10859 |

Masonite Corporation et al.
I. Schedule of Cash Receipts and Disbursements for the period 1/4/2010 through 4/4/2010
($ in 000's)

|  | Masonite Corporation 09-10844 |
|---|---|
| **Receipts and Disbursements** | |
| **Receipts** | |
| 3rd Party Receipts | 172,973 |
| Intercompany Receipts | 7,265 |
| Intercompany Funding | - |
|  | 180,238 |
| **Operating Disbursements** | |
| Employee Related | (58,229) |
| Trade | (73,155) |
| Capex | (9,768) |
| Intercompany Trade | (13,224) |
| Intercompany Funding | - |
| Other | (31,838) |
|  | (186,214) |
| **Restructuring Disbursements** | |
| Professionals[3] | - |
| Other | (1,020) |
|  | (1,020) |
| Debt Service Disbursement | (52) |
| Other[2] | - |
| **Net Cash Generated (Used)** | $ (7,048) |

[1] The majority of Receipts and Disbursements made on behalf of Florida Made Door are reflected in Masonite
[2] Includes foreign exchange on GL cash balances.
[3] Restructuring Disbursements for Professionals under Masonite International Corporation include payments

Masonite Corporation et al.
II. Disbursements by Legal Entity for the period 1/4/2010 through 4/4/2010
($000's)

| Legal Entity | Case Number | Q1 2010 | Cumulative Post-Petition Disbursements |
|---|---|---|---|
| Masonite Corporation | 09-10844 | $ (185,545) | $ (775,069) |
| Total Debtor Disbursements | | $ (185,545) | $ (775,069) |

Masonite Corporation et al.
III. Balance Sheet as of 4/4/2010
($000's)

| | Masonite Corporation 09-10844 |
|---|---:|
| **ASSETS:** | |
| Unrestricted Cash and Equivalents | 55,622 |
| Restricted Cash and Equivalents | - |
| Trade receivables net | 100,979 |
| Other receivables | 815 |
| Intercompany Receivables- affiliates | 817 |
| Intercompany Receivables- non-Debtor affiliates | 7,437 |
| Inventories | 72,195 |
| Prepaid | 6,650 |
| Prepaid Retainers | - |
| Current future tax asset | 6,706 |
| **Current assets** | **251,221** |
| | |
| Land | 12,034 |
| Buildings & leaseholds | 80,924 |
| Mach & equip | - |
| ME - Computer equipment | 16,558 |
| ME - Office equipment | 10,239 |
| ME - Automobiles | 190 |
| ME - Delivery equipment | 776 |
| ME - Distribution equipment | 4,916 |
| ME - Fixtures & fittings | - |
| ME - Tooling | 3,406 |
| M&E- Other | 461,022 |
| Capital leases | 126 |
| Less: Accumulated Depreciation | (324,031) |
| **Total Property & Equipment** | **266,160** |
| Intangibles - Definite life | 75,766 |
| Investment in affiliates | 34,461 |
| Investment in non-Debtor affiliates | 9,409 |
| Long-term Intercompany Advances- affiliates | 19,431 |
| Long-term Intercompany Advances- non-Debtor affiliates | - |
| Long-term receivables | - |
| Intangibles | 6,797 |
| Income tax recoverable | 826 |
| Long term future tax asset | - |
| **Total assets** | **664,071** |
| | |
| **LIABILITIES:** | |
| Liabilities not subject to compromise | |
| Accounts payable | 70,326 |
| Long term debt | (22) |
| Wages Payable | 17,734 |
| Professional Fees | 2,450 |
| Leases not compromised | 700 |
| Intercompany Payables- affiliates | 15,367 |
| Intercompany Payables- non-Debtor affiliates | 4,276 |
| Current portion of LTD | 81 |
| Long-term Intercompany Payables- affiliates | 272,822 |
| Long-term Intercompany Payables- non-Debtor affiliates | (28,355) |
| Long term future tax liability | 103,993 |
| Long term non-controlling interest | - |
| Long term liability | 30,120 |
| **Total Liabilities not subject to compromise** | **490,435** |
| | |
| Liabilities subject to compromise | 2,660 |
| | |
| **Total Liabilities** | **493,095** |
| | |
| **Equity** | **170,976** |
| | |
| **Liabilities & equity** | **664,071** |